IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| JUAN ESCOBEDO, #1021774 § | |
| § | |
| v. § | CIVIL ACTION NO. G-06-738 |
| § | |
| § | |
| ALBERTO R. GONZALES, § | |
| U.S. ATTORNEY GENERAL § | |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on November 29, 2006. Petitioner has filed no objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Cesar Juan Escobedo (Instrument No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**DONE** at Galveston, Texas this 10th day of January, 2007.

_____
Samuel B. Kent
United States District Judge