IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JUAN ESCOBEDO, #1021774 | § § § | |
| v. | § § | CIVIL ACTION NO. G-06-738 |
| | § § | |
| ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL | § § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED WITHOUT PREJUDICE**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 10th day of January, 2007.

Samuel B. Kent
United States District Judge